UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| TAMMY NUNERY, | ) | |
| | ) | |
| Plaintiff, | ) | CV-S-05-0386-PMP (PAL) |
| | ) | |
| v. | ) | |
| | ) | |
| KERRI L. ROBBINS, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report of Findings and Recommendation (Doc. #31) entered by the Honorable Peggy A Leen on January 19, 2006, regarding the above-entitled case. No Objections were filed pursuant to Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be affirmed.

IT IS THEREFORE ORDERED that the Report of Findings and Recommendation of Magistrate Judge Leen entered January 19, 2006 (#31) is affirmed, Defendant's Motion to Dismiss (Doc. #28) is granted and this case is dismissed without prejudice for Plaintiff's failure to effect service of process, failure to comply with the Court's prior Orders, and failure to prosecute.

DATED: February 13, 2006

_____
PHILIP M. PRO
Chief United States District Judge